Homeland Security Investigations
SAC Boston
10 Causeway Street
Suite 722
Boston, MA 02222



# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Google LLC<br>Legal Investigations Support<br>1600 Ampitheatre Parkway<br>Mountain View, California 94043 | **Date:**<br>**Service Methods:**<br>**Carrier Fax:**<br>**Carrier Email:**<br>**Agent Phone:**<br>**Agent Email:** | 2/16/2024<br>Z-Email<br><br>uslawenforcement@google.com<br><br>Abby.M.Mathieu@hsi.dhs.gov |
| **From:** | Abby Mathieu | | |

☒ **Urgent**      ☒ **Action**      ☐ **Concurrence**      ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-BH-2024-034697-001

Please respond by 3/1/2024 8:00 AM EST

| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Legal Investigations Support<br>1600 Ampitheatre Parkway<br>Mountain View, California 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-BH-2024-034697-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Abby Mathieu<br>Special Agent<br>324 Harlow Street<br>Bangor, ME 04401<br>United States | Telephone<br><br>Fax | 3/1/2024 8:00 AM EST |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Abby Mathieu | 5. Date of issue - 2/16/2024 9:48 AM EST<br><br>By: *Will F. Crogan* |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name     William Crogan<br>Title       Special Agent in Charge (Acting)<br>Address  Homeland Security Investigations<br>             275 Chestnut Street<br>             Manchester, NH 03101<br>             United States<br><br>Telephone     (603) 629-2704 |

| | | |
|---|---|---|
| 1. | To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Legal Investigations Support<br>1600 Ampitheatre Parkway<br>Mountain View, California 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-BH-2024-034697-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

| ☒ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an investigation being conducted by the Department of Homeland Security, it is directed that your company furnish the name, screen name(s), address, billing address, local and/or long distance telephone number, connection records or records of session times, duration, length of service (including start date) and types of services utilized; telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; means of source of payment for such service as per HR.3162, and pursuant to 18 USC 2703 (c)(2) for the Google subscriber who utilized the email account madiganndevin3395@gmail.com between the following dates: 03/01/2022 to 05/01/2023

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Abby Mathieu at Abby.M.Mathieu@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Abby Mathieu at U.S. Immigration and Customs Enforcement:
324 Harlow Street , Bangor, ME, 04401

If you have questions, please contact Special Agent Abby Mathieu at .

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

| |
|---|
| **END OF DOCUMENT** |